**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 11-cr-00390-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUGO VALDEZ-MUNOZ,
a/k/a Manuel Esparza-Munoz,
a/k/a Christian Valdez Vargas,

    Defendant.

---

**ORDER REGARDING SENTENCING OF DEFENDANT**

---

At the Sentencing Hearing held on April 12, 2012, it was ORDERED that Defendant Hugo Valdez-Munoz is sentenced to time served.

DATED: April __12__, 2012

                                                  BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge